[No. 3812.]

FISHER v. THE KANSAS CITY HUMBOLDT MINING
COMPANY.

**Appellate Practice—Affirmance on Equal Division of Court.**
  Where one of the judges of the supreme court is disqualified in a cause and the other two disagree, one favoring affirmance and the other reversal, the cause will stand affirmed.

*Error to the District Court of Arapahoe County.*

Messrs. WOLCOTT & VAILE, and Mr. THOMAS H. HARDCASTLE, for plaintiff in error.

Mr. S. D. WALLING, for defendant in error.

*Per Curiam.*—As Mr. Justice Gabbert was disqualified to sit in this cause, it was heard by the Chief Justice and Mr. Justice Steele. The former thinks the judgment should be reversed, the latter that it should be affirmed. Section 403 of the Civil Code provides that whenever the supreme court shall be equally divided in opinion, on hearing an appeal or writ of error, the judgment of the court below shall stand affirmed.

No useful purpose would be subserved by discussing the questions involved, and no opinion will be filed.

The judgment is affirmed.

*Affirmed.*

Mr. JUSTICE GABBERT not sitting.